WR-23,263-04
23,263-04

TRIAL COURT: CASE NO. 10-12-13632 CR

William Walter JOBE §        IN MONTGOMERY COUNTY
V.                      §        COURT HOUSE  AND
MARIANE Glick          §        DISTRICT

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk

I REVOKE, Power OF ATTORNEY OF ANYBODY OVER William Walter JOBE.


MARIANE Glick, IS REVOCKED OF Power OF ATTORNEY OF ANY kind. THE Power OF ATTORNEY MARIANE Glick MIGHT HAVE IS OVER 7 YEARS Old. Said ON Power OF ATTORNEY. ONIY FOR TO GET ONE TiTle TO ONE 1953 Chevy Truck. IF IT is Not 7 YEARS Old it HAS been Altered TO HARM ME.
IF This Power OF ATTORNEY WAS used AT The COURTS TO PuT K.S. GATOR DUNN NAME AS MY ATTORNEY OR TO FORCE MONTGOMERY COUNTY COURT TO Send 11.07 HAbeAS CORPUS TO The COURT OF CRIMINAL APPEALS. AFTER I WROTE The DISTRICT Clerk, DISTRICT ATTORNEY ANd DISTRICT COURT TEllING Them K.S. GATOR DUNN IS NOT MY ATTORNEY. There Should BE FELONY CHARGES Filed ON MARIANE Glick ANd K.S. GATOR DUNN For File A 11.07 HAbeAS CORPUS AGAINST MY Will, William WALTER JOBE. ANd K.S. GATOR DUNN WAS NOT ATTORNEY OF RECORD. 7-21-2015. I Did NOT Give MARIAN Glick PeRmission OR GATOR DUNN TO BE MY ATTORNEY. I REVOKE POWER OF ATTORNEY OF ANYBody OVER William WAITER JOBE.

CERTIFICATE OF CERVICE

THIS is to certify that on OCT. 15, 2015 A True And CORRECT COPY OF THE WAS Served ON THE DiSTRICT CleRK, And DISTRICT ATTURNEY'S OFFICE, MONTGOMERY COUNTY IN CUNROE TX. 77301 by U.S. MAIL.

RESPECTfully Submitted

_William Jobe_

William WalTee JoBE


UNSWORN DECIARATION PURSUANT TO 28 U.S.L. 1746

I William WalTee JoBE 1692994, AM The defeNDANT And being PRESENTLY INCARCERATED IN the Texas DEPARTMENT OF CRIMINAL JUSTIC INSTITUTIONAL DiviSON At the Michael UNit, decLARE uNdeR PENAlTY OF PER-JuRy that accoRDiNG to My belief. the FacTs STATed IN This : REVOKE PoweR of ATTURNEY of ANYbody UveR William WalTee JoBE This MEANS K.S. "GATOR" DUNN OR MARiANe Glick NoT Have ANY kind of PoweR of ATTURNEY DveR William JoBE. ARE TRUE And CORRECT.

SiGNed IN This _15_ dAY of OCT. 2015

William JoBE 1692994
michael Unit
2664 Fm 2054
TENNESSEE ColoNy Tx. 75886

RESPECTFully submitted

_William W. Jobe_ (55)